Edgar Lewis, appellee, v. Mattie Clark, appellant. Gen. No. 32,230.

Opinion filed April 3, 1928. Rehearing denied April 17, 1928.

Ellis & Westbrooks, Richard E. Westbrooks, Blaine G. Alston and William B. Bruce, for appellant; Richard E. Westbrooks, of counsel. Jacob Kosbie and Aaron Soble, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Marie Voyd, appellee, v. Calumet National Bank, appellant. Gen. No. 32,511.

Opinion filed April 9, 1928.

Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. Thompson, Tyrrell & Chambers and Ernest Kasischke, for appellee; Otto T. Langbein, Jr., of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Napoleon Cheffer, defendant in error, v. City of Chicago, plaintiff in error. Gen. No. 31,808.

Opinion filed April 9, 1928.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for plaintiff in error; Roy S. Gaskill and Edward M. Quinn, Assistant Corporation Counsel, of counsel. Charles Goodman and John A. Bloomingston, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Henry A. Christy, appellee, v. Bella C. Brown, appellant. Gen. No. 32,444.

Opinion filed April 9, 1928.

Frederick A. Brown, for appellant; William G. Worthey, of counsel. Newby & Murphy, for appellee; John B. King and Robert E. Ward, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Charles Horn, trading as Charles Horn Lumber Company, appellee, v. H. A. Hoover, appellant. Gen. No. 32,527.